1046

No. 85–977. COPELAND v. RODRIGUEZ ET AL. Sup. Ct. La. Certiorari denied.

No. 85–988. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY v. AMALGAMATED TRANSIT UNION INTERNATIONAL, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–990. AMERICAN POSTAL WORKERS UNION, AFL–CIO, ET AL. v. UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 85–994. PFLAUMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–1012. PEAT, MARWICK, MITCHELL & CO. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 85–1045. SPRYNCZYNATYK ET AL. v. GENERAL MOTORS CORP. C. A. 8th Cir. Certiorari denied.

No. 85–1064. FAITH CENTER, INC. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 85–1077. EMPLOYERS INSURANCE OF WAUSAU v. INGERSOLL-RAND FINANCIAL CORP. C. A. 5th Cir. Certiorari denied.

No. 85–1081. BOURKE v. EAST BAY REGIONAL PARK DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–1121. RICHARD A. PLEHN, INC., ET AL. v. IMPERIAL BANCORP ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1126. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1131. WHITTAKER CORP. v. WILDER. Ct. App. Cal., 2d App. Dist. Certiorari denied.